IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-5-CAR-CHW-2 |
| LASHANDA YEARBY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON JOINT MOTION TO CONTINUE TRIAL

Before the Court is Defendant Lashanda Yearby's Joint Motion to Continue [Doc. 53] the pretrial hearing in this case presently scheduled for March 8, 2023, and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On February 9, 2022, the Grand Jury returned a three-count indictment against Defendant Yearby and her co-defendant charging Defendant Yearby with one count of Conspiracy to Possess with the Intent to Distribute Methamphetamine, Heroin, and Crack Cocaine and one count of Possession with Intent to Distribute Heroin. On October 12, 2022, Defendant was arrested, and she was released on an unsecured bond. On October 25, 2022, Defendant pled not guilty at her arraignment, and neither party requested changes to the order setting her conditions for release. This is Defendant's fourth request for a continuance, and the Government joins in the request.

In the Motion, defense counsel states additional time is needed to review the voluminous discovery and continue plea negotiations. Having considered the matter, the

1

Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Joint Motion to Continue Trial [Doc. 53] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until June 12, 2023, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 2nd day of March, 2023.

    S/ C. Ashley Royal
    C. ASHLEY ROYAL, SENIOR JUDGE
    UNITED STATES DISTRICT COURT